# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM H. EISENHOWER, JR., | Case No. ED CV 15-2446 FMO (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| CYNTHIA TAMPKINS, *Warden*, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability.

DATED: August 31, 2017 /s/
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE